FRANCES N. STURMAN, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Claim No. 21896.)

(Argued December 3, 1935; decided January 7, 1936.)

*Moses Feltenstein, Sidney J. Feltenstein* and *Abraham Males* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* and *Henry Epstein* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.